STATE OF NORTH CAROLINA v. BENJAMIN HOLLIS

No. 7219SC405

(Filed 28 June 1972)

**Assault and Battery § 14— felonious assault — sufficiency of evidence**
The State's evidence was sufficient for the jury in a prosecution for felonious assault.

CERTIORARI in lieu of appeal from *Judge Robert M. Martin* 4 October 1971 Session of Superior Court held in CABARRUS County.

Defendant was found guilty of assaulting Douglas Richardson with a firearm inflicting serious injury. Judgment was entered imposing a five-year prison sentence. Defendant was also found guilty of assaulting Ricky Harris with a deadly weapon with intent to kill, inflicting serious injury. Judgment was entered imposing a prison sentence of not less than eight nor more than ten years. The sentences are to run concurrently. Defendant appealed.

*Attorney General Robert Morgan by William Lewis Sauls, Associate Attorney, for the State.*

*Cecil R. Jenkins, Jr., for defendant appellant.*

VAUGHN, Judge.

The only assignment of error brought forward by defendant, through his court-appointed counsel, is that the court erred in failing to grant defendant's motion for nonsuit in the charge of felonious assault on Douglas Richardson. The State

---

offered competent and convincing evidence of the defendant's guilt. That it was sufficient to go to the jury is so obvious as not to require discussion. In the trial from which defendant appealed, we find no error.

No error.

Judges MORRIS and GRAHAM concur.